# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-41007TLH4 LMK
**Case Name:** Musselwhite, Brian James
Musselwhite, Andra Kay
**Period Ending:** 12/31/09

**Trustee:** (290720)  SHERRY CHANCELLOR
**Filed (f) or Converted (c):** 10/26/09 (f)
**§341(a) Meeting Date:** 11/23/09
**Claims Bar Date:** 02/25/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House and 1 Acre 8555 Congressional Drive, Talla | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental House 469 East Veterans Blvd, Auburn, FL, | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Beach House 2501 Surf Road, Panacea, FL, Wakulla | 475,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Suntrust Bank checking; Suntrust Bank checking ( | 9,647.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household Goods | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Jewelry | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 9 | 3 college prepaid accounts | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension fund thru AT&T; 401K through former empl | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Restricted shares of comcast<br>    debtors to cash and send funds to estate | 1,100.00 | 1,100.00 | | 0.00 | 1,100.00 |
| 12 | Deepwater LLC (1/3 interest) Owns the beach hous | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Ameritrade account (80 shares Wells Fargo)<br>    debtors to cash and pay over to estate | 2,250.00 | 2,250.00 | | 0.00 | 2,250.00 |
| 14 | 2005 Chevrolet Suburban | 16,000.00 | 14,000.00 | | 0.00 | 14,000.00 |
| 15 | 2007 Chevrolet Tahoe 2WD, LT | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 5x10 Utility Trailer | 100.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-41007TLH4 LMK
**Case Name:** Musselwhite, Brian James
Musselwhite, Andra Kay
**Period Ending:** 12/31/09

**Trustee:** (290720) SHERRY CHANCELLOR
**Filed (f) or Converted (c):** 10/26/09 (f)
**§341(a) Meeting Date:** 11/23/09
**Claims Bar Date:** 02/25/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 17  Dog | 10.00 | 0.00 | DA | 0.00 | FA |
| 17  **Assets**  **Totals** (Excluding unknown values) | **$1,106,907.00** | **$18,350.00** | | **$0.00** | **$18,350.00** |

**Major Activities Affecting Case Closing:**

note for 15,000.00 to be paid in one payment by Feb 15, 2010-  they to cash the stock and send as well.

**Initial Projected Date Of Final Report (TFR):** March 31, 2010          **Current Projected Date Of Final Report (TFR):** March 31, 2010

_____
January 14, 2010
Date

/s/ SHERRY CHANCELLOR
_____
SHERRY CHANCELLOR